IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILPIN ET AL ,                                               No. C 11–3564 SI

        Plaintiff,                                      **ORDER OF RECUSAL**

  v.

GENERAL ELECTRIC COMPANY,

        Defendant.
                                                  /

I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

Dated: 7/27/11

                                                SUSAN ILLSTON
                                                United States District Judge