BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ADELMA GILPIN aka ADELE GILPIN, by and through her Guardian Ad Litem, PAMELA BALMES, as Wrongful Death Heir, and as Successor-in-Interest to CHARLES RAYMOND GILPIN, Deceased, and BEVERLY RYAN, JAMES GILPIN, CINDY JOSEPH, as Legal Heirs of CHARLES RAYMOND GILPIN, Deceased,

Plaintiffs,

vs.

GENERAL ELECTRIC COMPANY, *et al.*,

Defendants.

No. 3:11-cv-03564-CRB

**ORDER GRANTING PARTIES' DISMISSAL OF DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION, WITH PREJUDICE**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: February 19, 2015

By:______________________________
Charles R. Breyer
United States District Judge